```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

        APR   1 2008        DJ

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
  BY                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Richard O. Buse,

    Plaintiff,

v.

First American Title Insurance Company, Foreclosurelink, Inc., Greenpoint Mortgage Funding, Inc., Mortgage Electronic Registration Systems, Inc., Rescomm Holdings No. 2, LLC, UM Acquisitions, LLC, Tom Block, and Doe Defendants 1 through 20,

    Defendants.

Case No. C08-0510

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1(a)**

08-CV-00510-DISCL

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Mortgage Electronic Registration Systems, Inc. ("Mortgage Electronic") states as follows:

MERSCORP, Inc. is the parent corporation of Mortgage Electronic and owns 10% or more of Mortgage Electronic's stock. Other than MERSCORP, Inc., there are no other publicly held corporations that own 10% or more of Mortgage Electronic's stock.

Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, Mortgage Electronic reserves the right to and will supplement this disclosure statement as necessary.

MORTGAGE ELECTRONIC'S FRCP 7.1(a)
DISCLOSURE STATEMENT - 1

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1    Dated this 1st day of April, 2008.

**DLA PIPER US LLP**

*/s/ Stellman Keehnel*

Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800
Fax: 206.839.4801
E-mail: stellman.keehnell@dlapiper.com
E-mail: russell.wuehler@dlapiper.com

Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.

SE\9109409.1