The Honorable Marsha J. Pechman

08-CV-00510-NTC

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 0 4 2008   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Richard O. Buse,<br><br>Plaintiff,<br><br>v.<br><br>First American Title Insurance Company, Foreclosurelink, Inc., Greenpoint Mortgage Funding, Inc., Mortgage Electronic Registration Systems, Inc., Rescomm Holdings No. 2, LLC, UM Acquisitions, LLC, Tom Block, and Doe Defendants 1 through 20,<br><br>Defendants. | Case No. C-08-0510-MJP<br><br>**NOTICE OF JOINDER BY ALL DEFENDANTS IN NOTICE OF REMOVAL BY DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that all defendants to this action agree that removal of this action to federal court is proper and, through this Notice of Joinder, which is signed by all defendants or their respective counsel, join in the Notice of Removal by Defendant Mortgage Electronic Registration Systems, Inc., filed on April 1, 2008. All defendants served in this action agreed to join in removing this action within thirty (30) days of the date the first defendant served with the summons and complaint received such service, which occurred on

NOTICE OF JOINDER IN NOTICE OF REMOVAL
BY DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C-08-0510-MJP - 1

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  March 6, 2008. Therefore, joinder by all defendants in the removal of this action is timely.

2      By joining in the removal of this action none of the below-signed defendants are

3  acknowledging that this case is proper or actionable and no defendant waives any defenses

4  available to it at law, including without limitation, defenses of lack of subject matter or

5  personal jurisdiction or any other valid defense.

6      **RESPECTFULLY SUBMITTED** this 4th day of April, 2008.

7

| | |
|---|---|
| **FIRST AMERICAN TITLE INSURANCE COMPANY** | **FORECLOSURELINK, INC.** |
| _/s/ Peter Salmon_<br>Peter Salmon, WSBA No. 31382<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022<br>Telephone: 619.590.1300<br>E-mail: psalmon@piteduncan.com | _/s/ Peter Salmon_<br>Peter Salmon, WSBA No. 31382<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022<br>Telephone: 619.590.1300<br>E-mail: psalmon@piteduncan.com |
| Attorneys for Defendant First American Title Insurance Company | Attorney for Defendant Foreclosurelink, Inc. |
| **GREENPOINT MORTGAGE FUNDING INC.** | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Steven Linkon, WSBA No. 34896<br>ROUTH CRABTREE OLSEN P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006<br>Telephone: 425.458.2121<br>Fax: 425.458.2131<br>E-mail: slinkon@rcolegal.com | _/s/ Stellman Keehnel_<br>Stellman Keehnel, WSBA No. 9309<br>Russell B. Wuehler, WSBA No. 37941<br>DLA PIPER US LLP<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104-7044<br>Telephone: 206.839.4800<br>Fax: 206.839.4801<br>E-mail: stellman.keehnel@dlapiper.com<br>E-mail: russell.wuehler@dlapiper.com |
| Attorneys for Defendant Greenpoint Mortgage Funding Inc. | Attorneys for Defendant Mortgage Electronic Registration Systems, Inc. |

NOTICE OF JOINDER IN NOTICE OF REMOVAL
BY DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C-08-0510-MJP - 2

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  March 6, 2008. Therefore, joinder by all defendants in the removal of this action is timely.

2  By joining in the removal of this action none of the below-signed defendants are
3  acknowledging that this case is proper or actionable and no defendant waives any defenses
4  available to it at law, including without limitation, defenses of lack of subject matter or
5  personal jurisdiction or any other valid defense.

6  **RESPECTFULLY SUBMITTED** this 4th day of April, 2008.

| FIRST AMERICAN TITLE INSURANCE COMPANY | FORECLOSURELINK, INC. |
|---|---|
| Peter Salmon, WSBA No. 31382<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022<br>Telephone: 619.590.1300<br>E-mail: psalmon@piteduncan.com | Peter Salmon, WSBA No. 31382<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022<br>Telephone: 619.590.1300<br>E-mail: psalmon@piteduncan.com |
| Attorneys for Defendant First American Title Insurance Company | Attorney for Defendant Foreclosurelink, Inc. |
| **GREENPOINT MORTGAGE FUNDING INC.** | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Steven Linkon, WSBA No. 34896<br>ROUTH CRABTREE OLSEN P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006<br>Telephone: 425.458.2121<br>Fax: 425.458.2131<br>E-mail: slinkon@rcolegal.com | Stellman Keehnel, WSBA No. 9309<br>Russell B. Wuehler, WSBA No. 37941<br>DLA PIPER US LLP<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104-7044<br>Telephone: 206.839.4800<br>Fax: 206.839.4801<br>E-mail: stellman.keehnel@dlapiper.com<br>E-mail: russell.wuehler@dlapiper.com |
| Attorneys for Defendant Greenpoint Mortgage Funding Inc. | Attorneys for Defendant Mortgage Electronic Registration Systems, Inc. |

NOTICE OF JOINDER IN NOTICE OF REMOVAL
BY DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C-08-0510-MJP - 2

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| RESCOMM HOLDINGS NO. 2, LLC<br><br>_____<br>Rich Roberge<br>Recovery Manager<br>Rescomm Holdings No. 2, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, North Carolina 28226<br>Telephone: 704.543.3814 | UM ACQUISITIONS, LLC<br><br>_____<br>Rich Roberge<br>Recovery Manager<br>UM Acquisitions, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, North Carolina 28226<br>Telephone: 704.543.3814 |

**TOM BLOCK**

_____
Steven Linkon, WSBA No. 34896
ROUTH CRABTREE OLSEN P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425.458.2121
Fax: 425.458.2131
E-mail: slinkon@rcolegal.com

Attorneys for Defendant Tom Block

---

NOTICE OF JOINDER IN NOTICE OF REMOVAL
BY DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C-08-0510-MJP - 3

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| **RESCOMM HOLDINGS NO. 2, LLC** | **UM ACQUISITIONS, LLC** |
| Rich Roberge<br>Recovery Manager<br>Rescomm Holdings No. 2, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, North Carolina 28226<br>Telephone: 704.543.3814 | Rich Roberge<br>Recovery Manager<br>UM Acquisitions, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, North Carolina 28226<br>Telephone: 704.543.3814 |

**TOM BLOCK**

*/s/ Steven Linkon*

Steven Linkon, WSBA No. 34896
ROUTH CRABTREE OLSEN P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425.458.2121
Fax: 425.458.2131
E-mail: slinkon@rcolegal.com

Attorneys for Defendant Tom Block

NOTICE OF JOINDER IN NOTICE OF REMOVAL
BY DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C-08-0510-MJP - 3

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I, Shelley Barolet, hereby certify that on the 4th day of April, 2008, I caused to be served via U.S. Mail the following:

1. Notice of Joinder by All Defendants in Notice of Removal by Defendant Mortgage Electronic Registration Systems, Inc.; and

2. Certificate of Service

to the following:

| | |
|---|---|
| Melissa A. Huelsman<br>LAW OFFICES OF MELISSA A. HUELSMAN, P.S.<br>705 Second Avenue, Suite 501<br>Seattle, WA 98104<br><br>*Attorney for Plaintiff Richard O. Buse* | Steven Linkon<br>ROUTH CRABTREE OLSEN P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006<br><br>*Attorney for Defendants Greenpoint Mortgage Funding, Inc. and Tom Block* |
| Rich Roberge<br>Recovery Manager<br>Rescomm Holdings No. 2, LLC<br>UM Acquisitions, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, North Carolina 28226 | Peter Salmon, WSBA No. 31382<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022<br><br>*Attorney for Defendanst First American Title Insurance Company and Foreclosurelink, Inc.* |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Shelley Barolet

SE\9109524.1

CERTIFICATE OF SERVICE - 1

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800