The Honorable Marsha J. Pechman

08-CV-00510-PRO

_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED

SA   APR 8 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Richard O. Buse,

Plaintiff,

v.

First American Title Insurance Company, Foreclosurelink, Inc., Greenpoint Mortgage Funding, Inc., Mortgage Electronic Registration Systems, Inc., Rescomm Holdings No. 2, LLC, UM Acquisitions, LLC, Tom Block, and Doe Defendants 1 through 20,

Defendants.

Case No. C-08-0510-MJP

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR:
April 8, 2008

WHEREAS Defendant Mortgage Electronic Registration Systems, Inc.'s ("Mortgage Electronic") response to Plaintiff's Amended Complaint is currently due on April 8, 2008;

WHEREAS this case involves numerous parties, causes of action and complicated allegations;

WHEREAS Mortgage Electronic has just recently retained DLA Piper US LLP to represent it in this matter;

WHEREAS DLA Piper US LLP is now working as quickly as it can to educate itself about this matter in order to adequately represent Mortgage Electronic;

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT
C-06-1002 RSL - 1

ORIGINAL

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  WHEREAS no other parties have answered the Amended Complaint;

2  WHEREAS it would be in the parties' best interests and in the interests of judicial

3  economy to allow the parties a short period of time to explore the possibility of resolving this

4  dispute before undergoing the expense and burden of moving forward with this litigation;

5  THEREFORE, Mortgage Electronic and Plaintiff have stipulated and agreed that

6  Mortgage Electronic shall have until April 18, 2008 to respond to the Amended Complaint.

**ORDER**

It is so ordered.

Dated this ___ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

DLA PIPER US LLP

/s/ Russell B. Wuehler
Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800
Fax: 206.839.4801
E-mail: stellman.keehnel@dlapiper.com
E-mail: russell.wuehler@dlapiper.com

Attorneys for Defendant Mortgage
Electronic Registration Systems, Inc.

SE\9109507.1

LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

/s/ Melissa A. Huelsman (with permission)
Melissa A. Huelsman, WSBA No. 30935
LAW OFFICES OF MELISSA A. HUELSMAN, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104
Telephone: 206.447.0103
Mhuelsman@predatorylendinglaw.com

Attorney for Plaintiff Richard O. Buse

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR MORTGAGE
ELECTRONIC TO RESPOND TO AMENDED
COMPLAINT - 2

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I, Shelley G. Barolet, hereby certify that I caused to be served the *Stipulation and [Proposed] Order Extending Time for Defendant Mortgage Electronic Registration Systems, Inc. to Respond to Amended Complaint*, via U.S. Mail, to the following:

Melissa A. Huelsman
LAW OFFICES OF MELISSA A. HUELSMAN, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104
*Attorney for Plaintiff Richard O. Buse*

Rich Roberge
UM Acquisitions, LLC
6701 Carmel Road, Suite 110
Charlotte, NC 28226

Rich Roberge
Rescomm Holdings No. 2, LLC
6701 Carmel Road, Suite 110
Charlotte, NC 28226

Steven Linkon
ROUTH CRABTREE OLSEN, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
*Attorney for Defendants Greenpoint Mortgage Funding, Inc. and Tom Block*

Peter Salmon
PITE DUNCAN, LLP
525 East Main Street
El Cajon, CA 92022
*Attorney for Defendants First American Title Insurance Company and Foreclosurelink, Inc.*

Dated this 8th day of April, 2008, at Seattle, Washington.

Shelley G. Barolet

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SE9109507.1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT - 1

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800