```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

       APR 10 2008      LK

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

## IN THE
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>Plaintiff/Petitioner<br><br>vs.<br>FIRST AMERICAN TITLE INSURANCE COMPANY;<br>ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>C08-0510<br><br>AFFIDAVIT OF SERVICE OF:<br>CIVIL COVER SHEET; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1. (A); NOTICE OF REMOVAL BY DEENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 3rd day of April, 2008, at 11:30 AM, at the address of Mortgage Electronic Registration Systems, Inc., 1595 SPRING HILL Road SUITE 310, VIENNA, Fairfax County, VA 22182; this affiant served the above described documents upon JOSEPH J PATRY, COUNSEL FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JOSEPH J PATRY,, NAMED DEFENDANT and Counsel for Mortgage Electronic Registration Systems Inc., A white male approx. 35-40 years of age 5'10"-6'0" in height weighing 240-260 lbs with brown hair and glasses.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 3rd day of April, 2008.

_____
Christine A. Davis

SUBSCRIBED AND SWORN to before me this 3rd day of April, 2008

_____
NOTARY PUBLIC in and for the State of Virginia
Residing at: _____
My Commission Expires: _____

FOR: DLA Piper US LLP / SEATTLE          ORIGINAL PROOF OF S



Laura Mager Null
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 256702
My Commission Expires
February 28, 2009

08-CV-00510-RCPT