```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

              APR 10 2008        LK

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

## IN THE
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **RICHARD O. BUSE,** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **FIRST AMERICAN TITLE INSURANCE COMPANY;** <br> **ET AL.,** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **C08-0510** <br><br> DECLARATION OF SERVICE OF: <br> **CIVIL COVER SHEET; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1.(A); NOTICE OF REMOVAL BY DEENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **4th day of April, 2008, at 4:20 PM**, at the address of **801 E MOREHEAD Street Suite 301, Charlotte, NC 28202**; this declarant served the above described documents upon **UM CAPITAL, LLC, RESCOMM HOLDINGS NO. 2 LLC, UNITED MORTGAGE AND LOAN INVESTMENT, LLC.,**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Keith Scroggins, VICE PRESIDENT, A white male approx. 35-40 years of age 5'6"-5'8" in height weighing 140-160 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 4th day of April, 2008.

*/s/ Clint J. Cooper*
Clint J. Cooper, NC

**FOR: DLA Piper US LLP /**
**SEATTLE**

ORIGINAL PROOF OF SERVICE

**08-CV-00510-RPLY**