FILED ___ ENTERED
LODGED ___ RECEIVED

APR 21 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Marsha J. Pechman



08-CV-00510-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

RICHARD O. BUSE,

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK, and Doe Defendants 1 through 20,

    Defendants.

No. C-08-0510-MJP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR TOM BLOCK AND GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO AMENDED COMPLAINT

NOTE ON MOTION CALENDAR: April 16, 2008

    WHEREAS Defendants Tom Block and Greenpoint Mortgage Funding, Inc., ("Block and Greenpoint") response to Plaintiff's Amended Complaint is currently due on March 30, 2008;

    WHEREAS this case involves numerous parties, causes of actions and complicated allegations;

    WHEREAS Routh Crabtree Olsen, P.S. is now working as quickly as it can to educate itself about this matter in order to adequately represent Block and Greenpoint;

    WHEREAS no other parties have answered the Amended Complaint;

    WHEREAS it would be in the parties' best interests and in the interests of judicial economy to allow the parties a short period of time to explore the possibility of resolving this dispute before undergoing the expense and burden of moving forward wit this litigation;

STIPULATION AND ORDER EXTENDING TIME
FOR TOM BLOCK AND GREENPOINT MORTGAGE
FUNDING, INC. TO RESPOND TO COMPLAINT 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

THEREFORE, Defendants and Plaintiff have stipulated and agreed that Block and Greenpoint shall have until May 15, 2008 to respond to the Amended Complaint

### ORDER

It is so ordered.

DATED this 21 day of April, 2008

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

ROUTH CRABTREE OLSEN, P.S.          LAW OFFICES OF MELISSA A.
                                    HUELSMAN, P.S.

/s/ Steven K. Linkon                /s/ Melissa A. Huelsman (with permission)
Steven K. Linkon, WSBA No. 34896    Melissa A. Huelsman, WSBA No. 30935
ROUTH CRABTREE OLSEN, P.S.          LAW OFFICES OF MELISSA A.
3535 Factoria Blvd. SE, Suite 200   HUELSMAN, P.S.
Bellevue, WA 98006                  705 Second Avenue, Suite 501
425-586-1952                        Seattle, WA 98104
425-283-5952                        206-447-0103
slinkon@rcolegal.com                Mhuelsman@predatorylendinglaw.com

Attorneys for Defendants Tom Block   Attorney for Plaintiff Richard O. Buse
and Greenpoint Mortgage Funding, Inc.

STIPULATION AND ORDER EXTENDING TIME
FOR TOM BLOCK AND GREENPOINT MORTGAGE
FUNDING, INC. TO RESPOND TO COMPLAINT 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD O. BUSE, <br><br>  Plaintiff, <br><br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK, and Doe Defendants 1 through 20, <br><br>  Defendants. | No. C-08-0510-MJP <br><br> **DECLARATION OF SERVICE** |

**Declaration of Service**

The undersigned makes the following declaration:

1.  I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.  That on April 18, 2008, I caused a copy of the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR TOM BLOCK AND GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO AMENDED COMPLAINT to be served to the

DOCUMENT NAME 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

1  following in the manner noted below:

2

| Melissa A. Huelsan<br>705 Second Avenue, Suite 501<br>Seattle, WA 98104 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
|---|---|
| Stellman Keehnel<br>DLA PIPER US LLP<br>701 Fifth Avenue, Suite 7000<br>Settle, WA 98104 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

9  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is

10  true and correct.

12  Signed this 18th day of April, 2008.

*Melissa Albert*
Melissa Albert, Paralegal

DOCUMENT NAME 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131