UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORCLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,,<br><br>    Defendants. | Case No. C-08-0510-MJP<br><br>DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1(a) |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant First American Title Insurance Company states as follows: The First American Corporation (NYSE:FAF) is the parent corporation of First American Title Insurance Company and owns 100% of First American Title Insurance Company's common stock. Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, Defendant First American Title Insurance Company reserves the right to and will supplement this disclosure as necessary.

Dated:    May 2, 2008                PITE DUNCAN, LLP

                                    /s/ Peter J. Salmon
                                By: Peter J. Salmon, Attorneys for
                                    Defendant FIRST AMERICAN
                                    TITLE INSURANCE COMPANY

1650019.wpd

FATIC FRCP 7.1 DISCLOSURE STATEMENT
Page 1

Pite Duncan, LLP
P.O. Box 12289
El Cajon, CA 92022-2289
(619) 590-1300