UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORCLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,,<br><br>　　　　Defendants. | Case No. C-08-0510-MJP<br><br>DEFENDANT FORECLOSURELINK, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1(a) |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Foreclosurelink, Inc. states as follows: No parent corporation or publicly held corporation owns 10% or more of the stock of Foreclosurelink, Inc. Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, Defendant Foreclosurelink, Inc., reserves the right to and will supplement this disclosure as necessary.

Dated:　　May 2, 2008

PITE DUNCAN, LLP

/s/ Peter J. Salmon
By:　Peter J. Salmon, Attorneys for
　　　Defendant Foreclosurelink, Inc.

1650022.wpd

FORECLOSURELINK FRCP 7.1 DISCLOSURE STATEMENT
Page 1

Pite Duncan, LLP
P.O. Box 12289
El Cajon, CA 92022-2289
(619) 590-1300