The Honorable Marsha J. Pechman

1

2

3

4

5

6

7           **UNITED STATES DISTRICT COURT**
8            **WESTERN DISTRICT OF WASHINGTON**
             **AT SEATTLE**

9    RICHARD O. BUSE,                          )
                                               )
10                            Plaintiff,        )
                                               )    No. C-08-0510-MJP
11          v.                                 )
                                               )
12   FIRST AMERICAN TITLE INSURANCE            )    **ANSWER TO FIRST AMENDED**
     COMPANY; FORECLOSURELINK, INC.;           )    **COMPLAINT BY DEFENDANT**
13   GREENPOINT MORTGAGE FUNDING,              )    **GREENPOINT MORTGAGE**
     INC., MORTGAGE ELECTRONIC                 )    **FUNDING, INC.**
14   REGISTRATION SYSTEMS, INC.,               )
     RESCOMM HOLDINGS NO. 2, LLC; UM           )
15   ACQUISITIONS, LLC; TOM BLOCK, and Doe)
     Defendants 1 through 20,                  )
16                                             )
                                               )
17                            Defendants.       )

18
          Defendant Greenpoint Mortgage Funding, Inc. ("Defendant" or "Greenpoint") answers
19
     the Plaintiff's First Amended Complaint as follows:
20
                              **I.       PARTIES**
21
          1.1     Defendant lacks sufficient knowledge or information to form a belief as to the
22
     truth of the allegations of this paragraph, and on that basis denies the allegations contained
23
     therein.
24
          1.2     Defendant lacks sufficient knowledge or information to form a belief as to the
25
     truth of the allegations of this paragraph, and on that basis denies the allegations contained
26

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

therein.

1.3     Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.4     Greenpoint admits that it is a New York corporation that is licensed to conduct business in the State of Washington, and that Greenpoint was the original lender to Buse and obtained a security interest in his property. Greenpoint denies the remaining allegations contained in paragraph 1.4.

1.5     Greenpoint admits that Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") is a Delaware corporation, that it had a security interest in Mr. Buse's real property as a beneficiary under the Deed of Trust encumbering property owned by Buse. Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 1.5.

1.6     Greenpoint admits that it transferred ownership of Buse's loan to Rescomm Holdings No. 2, LLC. Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.7     Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.8     Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.9     Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

1.10    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.11    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations contained therein.

1.12    Denied.

## II.    FACTUAL ALLEGATIONS

2.1    Denied.

2.2    Greenpoint admits the first four sentences of this paragraph. The remaining allegations of paragraph 2.2 constitute legal conclusions and/or legal arguments and not allegations of ultimate facts, and no response is therefore required to those remaining allegations.

2.3    Greenpoint admits the first sentence of this paragraph.  Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

2.4    The documents attached as Exhibit 3 and Exhibit 4 to the Amended Complaint speak for themselves and Greenpoint denies any allegations contained within paragraph 2.4 that are inconsistent with the actual Exhibits 3 and 4.

2.5    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

2.6    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

2.7    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations

GREENPOINT ANSWER TO COMPLAINT 3 OF 8

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

1    contained therein.

2    2.8    Greenpoint lacks sufficient knowledge or information to form a belief as to the

3    truth of the remaining allegations of this paragraph, and on that basis denies the allegations

4    contained therein.

5    2.9    Greenpoint lacks sufficient knowledge or information to form a belief as to the

6    truth of the remaining allegations of this paragraph, and on that basis denies the allegations

7    contained therein.

8    2.10    Greenpoint lacks sufficient knowledge or information to form a belief as to the

9    truth of the remaining allegations of this paragraph, and on that basis denies the allegations

10    contained therein.

11    2.11    Greenpoint lacks sufficient knowledge or information to form a belief as to the

12    truth of the remaining allegations of this paragraph, and on that basis denies the allegations

13    contained therein.

14    2.12    Greenpoint lacks sufficient knowledge or information to form a belief as to the

15    truth of the remaining allegations of this paragraph, and on that basis denies the allegations

16    contained therein.

17    ### III.    INFLICTION OF EMOTIONAL DISTRESS

18    3.1    Greenpoint realleges each response contained in this Answer as though set forth in

19    full herein.

20    3.2    Denied.

21    3.3    Denied.

22    ### IV.    SLANDER OF TITLE

23    4.1    Greenpoint realleges each response contained in this Answer as though set forth in

24    full herein.

25    4.2    Denied.

26    4.3    Denied.

GREENPOINT ANSWER TO COMPLAINT 4 OF 8

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

## V.    SLANDER OF TITLE

5.1    Greenpoint realleges each response contained in this Answer as though set forth in full herein.

5.2    Greenpoint denies that it owed Plaintiff a fiduciary duty or quasi-fiduciary duty, and denies the allegations of this paragraph to the extent they relate to Greenpoint.

5.3    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

5.4    Denied.

## VI.    VIOLATION OF THE CONSUMER PROTECTION ACT

6.1    Greenpoint realleges each response contained in this Answer as though set forth in full herein.

6.2    Denied.

6.3    Denied.

## VII.    COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF A PRELIMINARY INJUNCTION

7.1    Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

7.2    This paragraph sets for legal argument rather than allegations of ultimate facts, and therefore no responsive pleading is necessary.

7.3    This paragraph sets for legal argument rather than allegations of ultimate facts, and therefore no responsive pleading is necessary.

GREENPOINT ANSWER TO COMPLAINT 5 OF 8

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

## VIII.   VIOLATIONS OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT

8.1     Greenpoint realleges each response contained in this Answer as though set forth in full herein.

8.2     Denied.

8.3     Denied.

8.4     Greenpoint lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies the allegations contained therein.

### AFFIRMATIVE DEFENSES

As separate and affirmative defenses to Plaintiffs Amended Complaint, Defendant alleges the following:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

Plaintiff's complaint in whole or in part fails to set forth causes of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Fault of Third Parties)

The matters complained of in the Complaint were proximately caused, in whole or in part, by the acts or omissions of a third party or parties or by Plaintiff. Accordingly, the Defendant is not responsible for Plaintiff's damages, if any.

### THIRD AFFIRMATIVE DEFENSE

(No Proximate Cause)

None of the injuries allegedly suffered by Plaintiff were proximately caused by Greenpoint's conduct.

ROUTH CRABTREE OLSEN, P.S.
A Law Firm and Professional Services Corporation
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

## FOURTH AFFIRMATIVE DEFENSE

(Justification)

The acts or omissions complained of by Plaintiff were justified.

## FIFTH AFFIRMATIVE DEFENSE

(No Punitive Damages)

Greenpoint has not acted with oppression, fraud or malice toward Plaintiff, and therefore, Plaintiff is not entitled to exemplary or punitive damages.

## SIXTH AFFIRMATIVE DEFENSE

(Compliance with Statutes)

Greenpoint has complied with all relevant Washington and federal statutes governing the relationship between Plaintiff and Defendant regarding the alleged conduct of Defendant in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

(Reservation of Additional Affirmative Defenses)

Defendant's investigation of the actions described in the complaint is ongoing and not complete. Thus, Greenpoint reserves the right to assert additional affirmative defenses in the event that discovery indicates that they would be appropriate.

///

///

///

///

///

GREENPOINT ANSWER TO COMPLAINT 7 OF 8

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

1    Based upon the foregoing, Greenpoint respectfully requests that:

2    1.    The Plaintiff take nothing by way of his Amended Complaint;

3    2.    For costs of suit; and,

4
5    3.    For such other and further relief as the Court deems proper.

6    DATED this 9th day of May, 2008

7                                    **ROUTH CRABTREE OLSEN, P.S.**

8

9                                    By: /s/ Steven Linkon
10                                        Steven Linkon, WSB #34896
                                          Attorneys for Defendant, Greenpoint
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 586-1952
Facsimile (425) 283-5952