The Honorable Marsha J. Pechman

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   RICHARD O. BUSE,                          )
                                             )
10                           Plaintiff,       )   No. C-08-0510-MJP
                                             )
11           v.                               )
                                             )   **DEFENDANT GREENPOINT**
12                                            )   **MORTGAGE FUNDING'S**
     FIRST AMERICAN TITLE INSURANCE           )   **CORPORATE DISCLOSURE**
13   COMPANY; FORECLOSURELINK, INC.;          )   **STATEMENT PURSUANT TO FRCP**
     GREENPOINT MORTGAGE FUNDING,             )   **7.1(a)**
14   INC., MORTGAGE ELECTRONIC                )
     REGISTRATION SYSTEMS, INC.,              )
15   RESCOMM HOLDINGS NO. 2, LLC; UM          )
     ACQUISITIONS, LLC; TOM BLOCK, and Doe)
16   Defendants 1 through 20,                 )
                                             )
17                           Defendants.      )
                                             )

18       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Greenpoint
19
Mortgage Funding, Inc. states as follows:
20
         Greenpoint Mortgage Funding, Inc. is wholly owned by Headlands Mortgage Company.
21
Headlands Mortgage Company is wholly owned by Capital One, N.A. Capital One, N.A. is
22
wholly owned by Capital One Financial Corporation.
23
     ///
24
     ///
25
     ///
26

DEFENDANT GREENPOINT'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO
FRCP 7.1(a) 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 586-1952
Facsimile (425) 283-5952

1    Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, Defendant Greenpoint Mortgage

2    Funding, Inc. reserves the right to and will supplement this disclosure as necessary.

3    DATED this 9th day of May, 2008

4                                                   ROUTH CRABTREE OLSEN, P.S.

5

6                                                   By: /s/ Steven Linkon
                                                         Steven Linkon, WSB #34896
7                                                        Attorneys for Defendant, Greenpoint
                                                         Mortgage Funding, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT GREENPOINT'S CORPORATE                    ROUTH CRABTREE OLSEN, P.S.
DISCLOSURE STATEMENT PURSUANT TO                    *A Law Firm and Professional Services Corporation*
FRCP 7.1(a) 2 OF 2                                  3535 Factoria Boulevard SE, Suite 200
                                                    Bellevue, Washington 98006
                                                    Telephone (425) 586-1952
                                                    Facsimile (425) 283-5952