HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD O. BUSE,

Plaintiff,

vs.

FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,

Defendants.

Case No. CV 08-00510-MJP

STIPULATION AND ORDER DISMISSING DEFENDANT TOM BLOCK **ONLY**

The parties hereto by and through their respective counsel of record stipulate to the dismissal of Plaintiff's claims against Defendant Tom Block, only in the above-entitled action with prejudice and without costs to any of the parties.

DATED this 24 day of July, 2008.

Routh Crabtree Olsen P.S.
Attorneys for Tom Block


By /s/ Steven Linkon
Steven Linkon, WSBA No. 34896
Attorney for Tom Block

Law Offices of Melissa A. Huelsman, P.S.
Attorney for Plaintiff


By /s/ Melissa A. Huelsman
Melissa A. Huelsman, WSBA No. 30935
Attorney for Plaintiff

STIPULATION/ORDER OF DISMISSAL
CV-08-00510-MJP - 1

LAW OFFICES OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

## ORDER

Based on the foregoing stipulation, it is hereby ordered:

All claims by Plaintiff against Defendant Tom Block <u>only</u> are hereby dismissed with prejudice and without costs.

DATED this_____day of July, 2008.

_____
THE HONORABLE MARSHA PECHMAN

Presented by:

Law Office of Melissa A. Huelsman, P.S.
Attorney for Plaintiff

By /s/ Melissa A. Huelsman
    Melissa A. Huelsman
    WSBA No. 30935
    705 Second Avenue, Suite 501
    Seattle, WA 98104
    Telephone: (206) 447-0103
    Fax: (206) 447-0115
    E-mail: mhuelsman@predatorylendinglaw.com

Routh Crabtree Olsen, P.S.
Attorney for Tom Block

By /s/ Steven K. Linkon
    Steven K. Linkon
    WSBA No. 34896
    3535 Factoria Boulevard SE, Suite 200
    Bellevue, WA 98006
    Telephone (425) 458-2121
    Fax: (425) 458-2131

STIPULATION/ORDER OF DISMISSAL
CV-08-00510 -MJP - 2

LAW OFFICES OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115