HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,<br><br>　　　　Defendants. | Case No.  CV 08-00510-MJP<br><br>CERTIFICATE OF SERVICE |

I, Monique Lefebvre, declare under penalty of perjury as follows:

　　1.　　I am over the age of eighteen years, a citizen of the United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

　　2.　　That on July 22, 2008, I caused the Plaintiff's Initial Disclosures to be served upon Defendants via U.S. Mail to:

Peter J. Salmon
Pite Duncan LLP
525 East Main Street
PO Box 2289
El Cajon, CA 92090

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
**MELISSA A. HUELSMAN, P.S.**
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

1  Steven K. Linkon
   Routh Crabtree Olsen
2  3535 Factoria Blvd, Ste 200
   Bellevue, WA 98006
3

4  Russell B Wueler
   Stellman Keehnel
5  DLA Piper US LLP, Ste 7000
   Seattle, WA 98104-7044
6

7       Dated this 22nd day of July, 2008.

8

9

10                                                          _____
                                                            Monique Lefebvre
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                            LAW OFFICES OF
   CERTIFICATE OF SERVICE - 2                               MELISSA A. HUELSMAN, P.S.
                                                            705 SECOND AVENUE, SUITE 501
                                                            SEATTLE, WASHINGTON 98104
                                                            TELEPHONE: (206) 447-0103
                                                            FACSIMILE: (206) 447-0115