The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Richard O. Buse,<br><br>           Plaintiff,<br><br>     v.<br><br>First American Title Insurance Company, Foreclosurelink, Inc., Greenpoint Mortgage Funding, Inc., Mortgage Electronic Registration Systems, Inc., Rescomm Holdings No. 2, LLC, UM Acquisitions, LLC, Tom Block, and Doe Defendants 1 through 20,<br><br>           Defendants. | Case No. C-08-0510-MJP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND MOTION DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>**JANUARY 9, 2009** |

WHEREAS on July 2, 2008 this Court entered its Order Setting Trial Date & Related Dates (the "Scheduling Order"), which sets forth the case schedule in this proceeding;

WHEREAS pursuant to the Scheduling Order all motions related to discovery must be filed by January 28, 2009, discovery must be completed by February 27, 2009, and dispositive motions must be filed by March 30, 2009;

WHEREAS this case involves multiple parties, complicated allegations and numerous claims for relief, including alleged wrongful foreclosure, breach of contract, intentional infliction of emotional distress, slander of title, breach of fiduciary duty, breach of quasi-fiduciary duty, violations of Washington's Consumer Protection Act, and violations of the Real

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
CASE NO. 08-0510 MJP - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

Estate Investment Protection Act;

WHEREAS discovery in this case is underway, but there is still a substantial amount of discovery to be done;

WHEREAS discovery was effectively put on hold during the month of December 2008 as plaintiff's counsel, who is a sole practitioner, was in trial on a separate matter and had to handle various other imminent client matters;

WHEREAS plaintiff's counsel will be unavailable during the last week in January due to prior commitments;

WHEREAS all parties should be permitted to adequately and completely conduct discovery, have sufficient time to raise with the Court any discovery disputes that might arise, and have sufficient time to prepare any dispositive motions;

WHEREAS it will be in the parties' best interests and in the interests of judicial economy if the parties are allowed additional time to conduct discovery and analyze such discovery prior to having to file any dispositive motions, because the effective completion of discovery, and additional time to analyze the information learned, will permit the parties to fully explore the possibility of resolving this dispute prior to filing dispositive motions and/or proceeding to trial;

THEREFORE, the parties to this lawsuit have stipulated and agreed that the discovery and dispositive motions deadlines in this case be briefly extended as follows:

| | |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | 3/6/2009 |
| Discovery completed by | 4/3/2009 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | 5/8/2009 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
CASE NO. 08-0510 MJP  - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

**ORDER**

**It is so ordered**.

Dated this _____ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

**SO STIPULATED AND AGREED**:

| | |
|---|---|
| DLA PIPER LLP (US) | LAW OFFICES OF MELISSA A. HUELSMAN, P.S. |
| /s/ Russell B. Wuehler<br>Russell B. Wuehler, WSBA No. 37941<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104-7044<br>Telephone: 206.839.4800<br>Fax: 206.839.4801<br>E-mail: russell.wuehler@dlapiper.com | /s/ Melissa A. Huelsman (with permission)<br>Melissa A. Huelsman, WSBA No. 30935<br>LAW OFFICES OF MELISSA A. HUELSMAN, P.S.<br>705 Second Avenue, Suite 501<br>Seattle, WA 98104<br>Telephone: 206.447.0103<br>Mhuelsman@predatorylendinglaw.com |
| Attorneys for Defendant Mortgage Electronic Registration Systems, Inc. | Attorney for Plaintiff Richard O. Buse |
| ROUTH CRABTREE OLSEN, P.S. | PITE DUNCAN, LLP |
| /s/ Steven Linkon (with permission)<br>Steven Linkon, WSBA No.<br>ROUTH CRABTREE OLSEN, P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006 | /s/ Peter Salmon (with permission)<br>Peter Salmon<br>PITE DUNCAN, LLP<br>525 East Main Street<br>El Cajon, CA 92022 |
| Attorneys for Defendants Greenpoint Mortgage Funding, Inc. and Tom Block | Attorneys for Defendants First American Title Insurance Company and Foreclosurelink, Inc. |

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
CASE NO. 08-0510 MJP - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I, Shelley G. Barolet, hereby certify that I caused to be served the foregoing using the CM/ECF system, which will send notification of such filing to the following attorneys of record for the parties:

Steven Linkon
ROUTH CRABTREE OLSEN, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006

*Attorney for Defendants Greenpoint Mortgage Funding, Inc. and Tom Block*

Peter Salmon
PITE DUNCAN, LLP
525 East Main Street
El Cajon, CA 92022

*Attorney for Defendants First American Title Insurance Company and Foreclosurelink, Inc.*

Melissa A. Huelsman
LAW OFFICES OF MELISSA A. HUELSMAN, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104

*Attorney for Plaintiff Richard O. Buse*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 9th day of January, 2009, at Seattle, Washington.

/s/ Shelley G. Barolet  
Shelley G. Barolet

WEST\21635622.1

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES
CASE NO. 08-0510 MJP - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800