UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD O. BUSE,

                    Plaintiff,

     v.

FIRST AMERICAN TITLE INSURANCE
COMPANY, et al.,

                    Defendants.

Case No. C08-0510MJP

ORDER ON JOINT MOTION FOR
CONTINUANCE OF DISCOVERY
AND MOTION DEADLINES

The Court, having received and reviewed the parties' stipulated order, makes the following findings:

1. The motion proposes to extend the dispositive motion deadline by five weeks without continuing the trial date.
2. The proposed extension would reduce the amount of time the Court has to consider any dispositive motions before trial.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines. The Court is willing to continue the dates at issue, but is not willing to reduce the amount of time it has to consider dispositive motions by over a month.

The clerk is directed to send copies of this order to all counsel of record.

Dated: 20th January, 2009

Marsha J. Pechman
United States District Judge

ORD ON MTN TO CONT - 1