UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY; FORCLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,, <br><br> Defendants. | Case No. C-08-0510-MJP <br><br> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' FIRST AMERICAN TITLE INSURANCE COMPANY AND FORECLOSURELINK, INC.S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR SUMMARY ADJUDICATION <br><br> NOTE ON MOTION CALENDAR <br> April 24, 2009 |

Defendants First American Title Insurance Company and Foreclosurelink, Inc., in support of their Motion for Summary Judgment, or Alternatively, for Summary Adjudication of Causes of Action, request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1.  A Notice of Discontinuance of Trustee's Sale dated June 26, 2008, and recorded on July 3, 2008, as instrument number 20080703001010 in the official records of King County, Washington, regarding the real property commonly known as 31210 Carnation Duvall Road Northeast, Carnation, Washington 98014, aka 9424 Carnation Duvall Road Northeast, Carnation, Washington 98014 ("Subject Property"). A true and correct copy of the deed of trust is attached hereto as **Exhibit A**.

REQUEST FOR JUDICIAL NOTICE RE: DEFENDANTS' FORECLOSURELINK AND FATIC'S MSJ
Page 1
C08-0510

Pite Duncan, LLP
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600

1 | Respectfully submitted,

2 | Dated: March 30, 2009                PITE DUNCAN, LLP

                                         /s/ Peter J. Salmon
                                         PETER J. SALMON, WSBA No. 31382
                                         Attorneys for Defendants FIRST
                                         AMERICAN TITLE INSURANCE
                                         COMPANY AND FORECLOSURELINK,
                                         INC.

8 | 1783747.wpd

REQUEST FOR JUDICIAL NOTICE RE: DEFENDANTS' FORECLOSURELINK AND FATIC'S MSJ
Page 2
C08-0510

Pite Duncan, LLP
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600

# EXHIBIT A

Foreclosurelink, Inc.
4001 Hazel Avenue, Suite 225
Fair Oaks, CA 95628



**2008070300l010**
FIRST AMERICAN DTS      43.00
PAGE001 OF 002
07/03/2008 13:21
KING COUNTY, WA

AFTER RECORDING, RETURN TO:

FORECLOSURELINK, INC.
4401 HAZEL AVE
SUITE 225
FAIR OAKS, CA 95628

| Loan #: carrnation duvall |
| Title #: 3496874 |
| TS #: fc17644-5 |
| 1ST AM ②/43 |

# NOTICE OF DISCONTINUANCE OF TRUSTEE'S SALE

RICHARD O. BUSE is the grantor, and PLACER TITLE COMPANY is the trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., SOLELY AS NOMINEE FOR LENDER is the beneficiary under that certain deed of trust dated 06/09/2004, and Recorded on 07/29/2004 AS AUDITOR NO. 20040729000563, records of King, Washington.

Said deed of trust encumbers the following property:
PARCEL A, LOT 1, LOTS 5 & 6 STILLWATER VOL. 19, PLAT 11
SEE ATTACHED FOR COMPLETE LEGAL DESCRIPTION

The undersigned trustee hereby discontinues the trustee's sale set by the Notice of Trustee's Sale Recorded on 12/04/2007, as Instrument # 20071204001361, records of King, Washington.

This discontinuance shall not be construed as waiving any breach or default under the aforementioned deed of trust or as impairing any right or remedy thereunder, or as modifying or altering in any respect any of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election, without prejudice, not to cause the sale to be made pursuant to the aforementioned Notice of Trustee's Sale.

Dated: June 26, 2008

FIRST AMERICAN TITLE INSURANCE COMPANY, Trustee
By: ForeclosureLink, Inc., Agent

*/s/ Hidi McKay*

Name: Hidi McKay
Title: Trustee Sale Officer

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
|  | ) ss. |
| COUNTY OF SACRAMENTO | ) |

On 06/26/2008 before me, Misty Montgomery, Notary Public, personally appeared Hidi McKay, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*/s/ Misty Montgomery*

[Notary Seal:
MISTY MONTGOMERY
Commission # 1601320
Notary Public - California
Sacramento County
My Comm. Expires Sep 13, 2009]