1

2

3

4

5

6

7
                        The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICHARD O. BUSE, | Case No. C-08-0510-MJP |
|           PLAINTIFF, | DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF PLAINTIFF RICHARD BUSES RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT BROUGHT BY DEFENDANTS FORECLOSURELINK, INC. AND FIRST AMERICAN TITLE INSURANCE COMPANY |
|      V. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, FORECLOSURELINK, INC., GREENPOINT MORTGAGE FUNDING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RESCOMM HOLDINGS NO. 2, LLC, UM ACQUISITIONS, LLC, TOM BLOCK, AND DOE DEFENDANTS 1 THROUGH 20, | |
|           DEFENDANTS. | |

I, Melissa A. Huelsman, declare:

1.      I am the attorney of record for the Plaintiff herein.  I have personal knowledge

of the facts as stated herein and if called upon to testify to the truth thereof I could and would

do so.

2.      Mr. Buse has resolved his claims against the foreclosing entity, Defendant Tom

Block, and those claims have been dismissed, pursuant to the terms of a Settlement Agreement

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION - 1

Law Office of Melissa  A.  Huelsman, P.S.
705 Second Ave, Ste 501
Seattle, WA  98104-7044 • Tel: 206.447-0103

1   which has been presented to the Court as an attachment to the Declaration of Peter Salmon filed

2   by Defendants ForeclosureLink and First American in support of their Motion.  Mr. Buse has

3   also settled his claims against Defendants Greenpoint and MERS and is in the process of

4   completing the documentation of those settlement terms.  The parties to those agreements

5   expect to have that process completed by the end of this week.

6

7        3.      I have searched the records of the Washington Secretary of State to look for any

8   records regarding ForeclosureLink.  ForeclosureLink, according to the records of the State of

9   Washington, is not licensed to conduct business in the State of Washington.

10       4.      The Bill to amend the Deed of Trust Act, HB 5810, was passed by both the

11  House of Representatives and the Senate, and is currently being forwarded to Governor

12  Gregoire for signature.  A copy of the history of the Bill, the Bill itself which was approved by

13  both houses of the Washington Legislature, and the last Senate Bill Report to the Senate about

14  the Bill and its history are attached to this Declaration as Exhibit "1".

15

16       This Declaration made under penalty of perjury under the laws of the United States of

17  America this 20th day of April 2009 at Seattle, Washington.

18

19

20                                    _____/s/  Melissa A. Huelsman_____
                                     Melissa A. Huelsman, WSBA No. 30935
21

22

23

24

25

26

DEC. OF MELISSA A. HUELSMAN IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEF.                          Law Offices of Melissa A. Huelsman, P.S.
FORECLOSURELINK AND FIRST AMERICAN'S                          705 Second Avenue, Suite 501
MOTION FOR SUMMARY JUDGMENT                              Seattle, WA  98104 • Tel: 206.447.0103
CASE NO. 08-0510-MJP - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Richard O. Buse hereby affirms under penalty of perjury:

That I am the plaintiff in the above-entitled lawsuit to whom these interrogatories are addressed, and as such am authorized to make this verification; that I have read the foregoing answers to interrogatories and requests for production of documents, know the contents thereof, and believe the same to be true.

DATED this day of March _____, 2009

_____
Richard O. Buse

DEC. OF MELISSA A. HUELSMAN IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEF.
FORECLOSURELINK AND FIRST AMERICAN'S
MOTION FOR SUMMARY JUDGMENT

Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA  98104 • Tel: 206.447.0103

1

## DECLARATION OF SERVICE

2      The undersigned certifies that a true and correct copy of the foregoing was served on

3   the 12th day of March, 2009, on the party of record as stated below in the manner indicated:

4

5          *Via Hand Delivery and E-mail*:
           Russell B Wuehler
           Stellman Keehnel
6          DLA Piper US LLP, Ste 7000
           Seattle, WA 98104-7044
7          Telephone:  206.839.4800
           Fax:  206.839.4801
8          E-mail:  russell.wuehler@dlapiper.com
           *Attorneys for Defendant MERS*
9

10         *Via E-mail and Hand Delivery*

11         Steven K. Linkon
           ROUTH CRABTREE OLSEN, P.S.
12         3535 Factoria Boulevard SE, Suite 200
           Bellevue, WA  98006
13         Telephone:  (425) 458-2121
14         E-mail:  slinkon@rcflegal.com
           *Attorney for Defendant Attorney for Defendant Greenpoint Mortgage Funding,*
15         *Inc.*

16         *Via U.S. Mail and E-mail*
17         Peter J. Salmon
           PITE DUNCAN, LLP
18         4375 Jutland Drive, Suite 200
           San Diego, CA  92117
19         Telephone:  (619) 326-2401
           E-mail:  psalmon@piteduncan.com
20         *Attorney for Defendants First American Title Insurance Company and*
21         *Foreclosurelink, Inc.*

22      I declare under penalty of perjury under the laws of the State of Washington, that the

23   foregoing is true and correct.

24      DATED at Seattle, Washington on March 12th, 2009.

25

26         _____
           Monique Lefebvre

DEC. OF MELISSA A. HUELSMAN IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEF.
FORECLOSURELINK AND FIRST AMERICAN'S
MOTION FOR SUMMARY JUDGMENT
CASE NO. 08-0510-MJP - 4

Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA  98104 • Tel: 206.447.0103