The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICHARD O. BUSE, <br><br> PLAINTIFF, <br><br> V. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, FORECLOSURELINK, INC., GREENPOINT MORTGAGE FUNDING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RESCOMM HOLDINGS NO. 2, LLC, UM ACQUISITIONS, LLC, TOM BLOCK, AND DOE DEFENDANTS 1 THROUGH 20, <br><br> DEFENDANTS. | Case No. C-08-0510-MJP <br><br> DECLARATION OF MELISSA A. HUELSMAN RE: LATE FILING OF DOCUMENTS FILED IN SUPPORT OF PLAINTIFF RICHARD BUSES RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT BROUGHT BY DEFENDANTS FORECLOSURELINK, INC. AND FIRST AMERICAN TITLE INSURANCE COMPANY |

I, Melissa A. Huelsman, declare:

1.  I am the attorney of record for the Plaintiff herein.  I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof I could and would do so.

2.  I had the majority of the pleadings drafted and prepared for filing in response the Motion for Summary Judgment filed by Defendants ForeclosureLink and First American in the

DECLARATION OF MELISSA A. HUELSMAN
RE: LATE FILING
CASE NO. 08-0510-MJP - 1

Law Office of Melissa A. Huelsman, P.S.
705 Second Ave, Ste 501
Seattle, WA  98104-7044 • Tel: 206.447-0103

evening of April 20, 2009. I needed to leave the office at approximately 7:00 p.m. and so I took the pleadings home with me so that I could file them through ECF from home. When I left the office, I realized that my Blackberry was missing. I called the telephone number and a man answered, indicating that he had found my Blackberry at the Bank of America in my building and he had taken it with him to a check cashing place in downtown Seattle. He agreed to stay there so I could retrieve it.

3.  I went to the location to get the Blackberry and found the man had left the location. I then had to call the police and spent a significant period of time talking to the police, providing them with information about the man and trying help them locate the man in downtown Seattle. Eventually the man answered the phone again and told me his new location. I then had to arrange to meet him in the presence of public safety officers to make certain of my physical safety. I eventually retrieved my Blackberry safely and went home in order to finish my work.

4.  I then finished the work on the pleadings before the end of the night and prepared to sign onto ECF in order to file them with the Court. It was then that I discovered that all of my ECF passwords, which have been stored in my Contacts list on Outlook for the last two years, had been deleted. I have no idea whether this man who took my Blackberry deleted them thinking that they were passwords for online accounts or whether someone else deleted them before yesterday. However, I could not file the pleadings because I did not have the passwords.

5.  This is the reason for the late filing of the documents and I apologize to the Court for the delay. As I said, I have had the passwords in my Contacts list for years so that I could file from home or other locations and have done so on numerous occasions, even filing

DECLARATION OF MELISSA A. HUELSMAN
RE: LATE FILING
CASE NO. 08-0510-MJP - 2

Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA  98104 • Tel: 206.447.0103

things recently in other cases from home. I had no idea that the entry had been deleted when I left my office yesterday evening.

This Declaration made under penalty of perjury under the laws of the United States of America this 21st day of April 2009 at Seattle, Washington.

       /s/ Melissa A. Huelsman
Melissa A. Huelsman, WSBA No. 30935

Richard O. Buse hereby affirms under penalty of perjury:

That I am the plaintiff in the above-entitled lawsuit to whom these interrogatories are addressed, and as such am authorized to make this verification; that I have read the foregoing answers to interrogatories and requests for production of documents, know the contents thereof, and believe the same to be true.

DATED this day of March _____, 2009

_____
Richard O. Buse

DECLARATION OF MELISSA A. HUELSMAN
RE: LATE FILING
CASE NO. 08-0510-MJP - 3

Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104 • Tel: 206.447.0103

**DECLARATION OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on the 12th day of March, 2009, on the party of record as stated below in the manner indicated:

*Via Hand Delivery and E-mail*:
Russell B Wuehler
Stellman Keehnel
DLA Piper US LLP, Ste 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800
Fax: 206.839.4801
E-mail: russell.wuehler@dlapiper.com
*Attorneys for Defendant MERS*

*Via E-mail and Hand Delivery*

Steven K. Linkon
ROUTH CRABTREE OLSEN, P.S.
3535 Factoria Boulevard SE, Suite 200
Bellevue, WA 98006
Telephone: (425) 458-2121
E-mail: slinkon@rcflegal.com
*Attorney for Defendant Attorney for Defendant Greenpoint Mortgage Funding, Inc.*

*Via U.S. Mail and E-mail*
Peter J. Salmon
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone: (619) 326-2401
E-mail: psalmon@piteduncan.com
*Attorney for Defendants First American Title Insurance Company and Foreclosurelink, Inc.*

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED at Seattle, Washington on March 12th, 2009.

_____
Monique Lefebvre

DECLARATION OF MELISSA A. HUELSMAN
RE: LATE FILING
CASE NO. 08-0510-MJP - 4

Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104 • Tel: 206.447.0103