UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORCLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,,<br><br>Defendants. | Case No. C-08-0510-MJP<br><br>DECLARATION OF PETER J. SALMON IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' FIRST AMERICAN TITLE INSURANCE COMPANY AND FORECLOSURELINK, INC.S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR SUMMARY ADJUDICATION<br><br>NOTE ON MOTION CALENDAR<br>April 24, 2009 |

I, Peter J. Salmon, being first duly sworn, declare under penalty of perjury as follows:

1. I am an attorney at law duly licensed to practice law before this Court and in the State of California. I am attorney of record for Defendants First American Title Insurance Company and Foreclosurelink, Inc. I have personal knowledge of the following facts, and if called upon to testify as a witness I could and would do so competently.

2. The Plaintiff in this litigation has not propounded any written discovery to Defendants First American Title Insurance Company and Foreclosurelink. The Plaintiff has also not sought to take the deposition of any person employed by either First American Title Insurance Company and Foreclosurelink.

/./../

DECLARATION OF PETER J. SALMON IN SUPPORT OF REPLY TO OPPOSITION TO MSJ
Page 1
C08-0510

Pite Duncan, LLP
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600

3.       As of April 27, 2009, our firm has not received any request to conduct additional discovery from Plaintiff pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 27th day of April 2009, at San Diego, California.

/s/ Peter J. Salmon
PETER J. SALMON

1799301.wpd

DECLARATION OF PETER J. SALMON IN SUPPORT OF REPLY TO OPPOSITION TO MSJ
Page 2
C08-0510

Pite Duncan, LLP
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600