HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD O. BUSE, | Case No. CV 08-00510-MJP |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER DISMISSING DEFENDANTS GREENPOINT MORTGAGE FUNDING, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20, | |
| Defendants. | |

The parties hereto by and through their respective counsel of record stipulate to the dismissal of Plaintiff's claims against Defendants Greenpoint Mortgage Funding, Inc., and Mortgage Electronic Registration Systems, Inc. in the above-entitled action with prejudice and without costs to any of the parties.

/////

/////

STIPULATION/ORDER OF DISMISSAL
CV-08-00510 -MJP - 1

LAW OFFICES OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

DATED this <u>27th</u> day of May, 2009.

| | |
|---|---|
| Routh Crabtree Olsen P.S.<br>Attorneys for Greenpoint<br>Mortgage Funding Inc. | Law Offices of Melissa A. Huelsman, P.S.<br>Attorney for Plaintiff |
| By /s/ Steven Linkon<br>Steven Linkon, WSBA No. 34896 | By /s/ Melissa A. Huelsman<br>Melissa A. Huelsman, WSBA No. 30935 |

DLA Piper LLP
Attorney for MERS


By /s/ Russell B. Wuehler
Russell B. Wuehler, WSBA No. 37941


## ORDER

Based on the foregoing stipulation, it is hereby ordered:

All claims by Plaintiff against Defendants Greenpoint Mortgage Funding, Inc. and Mortgage Electronic Registration Systems, Inc. are hereby dismissed with prejudice and without costs.

DATED this_____day of June, 2009.


_____
THE HONORABLE MARSHA PECHMAN

STIPULATION/ORDER OF DISMISSAL
CV-08-00510 -MJP - 2

LAW OFFICES OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

Presented by:

Law Office of Melissa A. Huelsman, P.S.
Attorney for Plaintiff


By /s/ Melissa A. Huelsman
    Melissa A. Huelsman
    WSBA No. 30935
    705 Second Avenue, Suite 501
    Seattle, WA 98104
    Telephone: (206) 447-0103
    Fax: (206) 447-0115
    E-mail: mhuelsman@predatorylendinglaw.com

Routh Crabtree Olsen, P.S.
Attorney for Greenpoint Funding Mortgage, Inc.

By /s/ Steven K. Linkon
    Steven K. Linkon
    WSBA No. 34896
    3535 Factoria Boulevard SE, Suite 200
    Bellevue, WA 98006
    Telephone (425) 458-2121
    Fax: (425) 458-2131

DLA Piper LLP
Attorney for MERS

By /s/ Russell B. Wuehler
    Russel B. Wuehler
    WSBA No. 37941
    701 Fifth Avenue, Ste 7000
    Seattle, WA 98104-7044
    Telephone (206) 839-4847

STIPULATION/ORDER OF DISMISSAL
CV-08-00510 -MJP - 3

LAW OFFICES OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVENUE, SUITE 501
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115