UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,,<br><br>Defendants. | Case No. C-08-0510-MJP<br><br>STIPULATED MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT CONFERENCE |

Plaintiff Richard O. Buse, by and through his counsel of record, Melissa A. Huelsman, and Defendants First American Title Insurance Company ("First American") and Foreclosurelink, Inc. ("Foreclosurelink"), by and through their counsel of record, Peter J. Salmon, Pite Duncan, LLP, hereby stipulate that the deadline to complete a Settlement Conference pursuant to CR 39.1(c)(2) is extended from May 28, 2009, to June 18, 2009.  The parties submit that good cause exists to grant the extension because First American and Foreclosurelink have filed a motion for summary judgment that the parties have fully briefed, and they are awaiting the decision of the Court.  If granted, the Motion will resolve the matter in its entirety based upon the dismissal of the remaining defendants to the litigation.  If denied, the decision on the Motion for Summary Judgment will significantly impact the position of the parties with regard to any settlement.

Stipulated Motion to Extend Deadline for Settlement Conference
Page 1

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92116
(858) 750-7600

1  On this basis, Plaintiff, First American, and Foreclosurelink jointly move the Court to continue the Settlement Conference deadline, and grant such other and further relief as the Court deems proper.

IT IS SO STIPULATED.

| LAW OFFICES OF MELISSA A. HUELSMAN, P.S. | PITE DUNCAN, LLP |
|---|---|
| /s/ Melissa A. Huelsman (with permission) | /s/ Peter J. Salmon |
| By:    Melissa A. Huelsman | By:    Peter J. Salmon |
| Attorneys for Plaintiff Richard O. Buse | Attorneys for Defendants FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC. |

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2009, I electronically filed, and electronically sent, the foregoing with the Clerk of the Court using the CM/ECF system:

Melissa A. Huelsman
Law Office of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 501
Seattle, WA 98104
E-mail: mhuelsman@predatorylendinglaw.com

I declare under penalty of perjury under the laws of the State of United States that the foregoing is true and correct, executed this 27th day of May, 2009, at San Diego, California.

/s/ Peter J. Salmon
PETER J. SALMON

1824857.wpd

Stipulated Motion to Extend Deadline for Settlement Conference
Page 2

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92116
(858) 750-7600