UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICHARD O. BUSE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; FORECLOSURELINK, INC.; GREENPOINT MORTGAGE FUNDING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESCOMM HOLDINGS NO. 2, LLC; UM ACQUISITIONS, LLC; TOM BLOCK; and Doe Defendants 1 through 20,,<br><br>        Defendants. | Case No. C-08-0510-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT CONFERENCE |

The Court, having considered the Stipulated Motion for Extension of Deadline to Complete Mediation Only by and between Plaintiff Richard O. Buse and Defendants First American Title Insurance Company and Foreclosurelink, Inc., and good cause appearing, the Scheduling Order is now modified to set the following deadlines:

Settlement Conference per CR 39.1(c)(2):                                                      June 18, 2009

Dated this ____ day of May, 2009.

_____
Marsha J. Peckman
United States District Court Judge

BUSE- Proposed Order.wpd

Order Extending Time for Settlement Conference
Page 1

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92116
(858) 750-7600