1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON - SEATTLE

10    RICHARD O. BUSE,                      Case No. C-08-0510-MJP

11              Plaintiff,                   ORDER GRANTING STIPULATED
                                            MOTION FOR EXTENSION OF
12          vs.                             DEADLINE TO COMPLETE
                                            SETTLEMENT CONFERENCE
13    FIRST AMERICAN TITLE INSURANCE
      COMPANY; FORECLOSURELINK, INC.;
14    GREENPOINT MORTGAGE FUNDING
      INC.; MORTGAGE ELECTRONIC
15    REGISTRATION SYSTEMS, INC.;
      RESCOMM HOLDINGS NO. 2, LLC; UM
16    ACQUISITIONS, LLC; TOM BLOCK; and
      Doe Defendants 1 through 20,,
17
                Defendants.
18

19          The Court, having considered the  Stipulated Motion for Extension of Deadline to Complete

20    Mediation Only by and between Plaintiff Richard O. Buse and Defendants  First American Title

21    Insurance Company and Foreclosurelink, Inc., and good cause appearing, the Scheduling Order is

22    now modified to set the following deadlines:

23    Settlement Conference per CR 39.1(c)(2):                          June 18, 2009

24    Dated this 28th day of May, 2009.

25

26

27                              Marsha J. Pechman
                                United States District Judge
28

Order Extending Time for Settlement Conference
Page 1

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92116
(858) 750-7600