# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD O. BUSE,

                        Plaintiffs,

    v.

FIRST AMERICAN TITLE INSURANCE COMPANY, FORECLOSURELINK, INC., RESCOMM HOLDINGS NO. 2, LLC, UM ACQUISITIONS, LLC, TOM BLOCK, AND DOE DEFENDANTS 1 THROUGH 20,

                        Defendants,

                        JUDGMENT IN A CIVIL CASE

                        CASE NO. C08-0510MJP

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: The Court granted Defendants' motion for summary judgment finding that Plaintiff had failed to create a material issue of fact with respect to any of his claims.

Dated: **June 1, 2009.**

                        BRUCE RIFKIN, Clerk of Court
                        /s/ Mary Duett
                        Deputy Clerk